IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ALVAREZ,<br><br>                    Petitioner,<br><br>          vs.<br><br>SUZANNE M. PEERY, Acting Warden, High Desert State Prison,<br><br>                    Respondent. | No. 2:14-cv-00029-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 28] |

       This Court denied Eduardo Alvarez, a state prisoner proceeding *pro se*, habeas relief on October 9, 2015, but granted him a certificate of appealability as to his *Doyle* error and related ineffective assistance of counsel claims. Docket Nos. 24, 25. At Docket No. 29, Alvarez timely filed a notice of appeal. Alvarez now seeks an extension of time with respect to that appeal. Docket No. 28. Any relief sought with respect to his appeal, however, must be directed to the Ninth Circuit Court of Appeals.

       **IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Alvarez's Motion at Docket No. 28 to the Ninth Circuit Court of Appeals.

       Dated: December 7, 2015.

                                                   /s/James K. Singleton, Jr.  
                                                   JAMES K. SINGLETON, JR.  
                                                   Senior United States District Judge